UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __1847776; 1847777 ; 1847778__

U.S.A.
v.

GEORGE CONTRERAS

| ORDER TO PAY |

(this area intentionally left blank)

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ __200.00__          (✓) Penalty ASSESSMENT of $ __20.00__

( ) PROCESSING Fee of $ _____          for a **TOTAL AMOUNT** of $ __220.00__ ,

paid within __90 days__ days / months  OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: __12 months unsupervised probation as to Citation 1847776; obey all laws; don't drive until properly licensed and insured; and pay $200.00 fine within 90 days; $10.00 penalty assessment as to both Citations 1847777 and 1847778 for a total penalty assessment amount of $20.00 due within 90 days.__

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

| [ ] CENTRAL VIOLATIONS BUREAU | [ ] CLERK, U.S.D.C. | [✓] CLERK, U.S.D.C. |
| PO Box 70939 | 501 'I' St., #4-200 | 2500 Tulare St., Rm 1501 |
| Charlotte, NC 28272-0939 | Sacramento, CA 95814 | Fresno, CA 93721 |
| 1-800-827-2982 | | |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __1/5/2010__                              __/s/ Michelle Means Rooney__
                                                  for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007